✓ #611339   #128129

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                        *       CASE # 08-36648 S
                                      CHAPTER 13
                              *

Montgomery, Michelle Lynn
Debtor                        *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 603425 | Capital One Bank<br>c/o TSYS Debt Mgmt.<br>P O Box 5155<br>Norcross, Ga.  30091 | 134.08 | 10/30/09 |

2. Your trustee's check #611339 for a total of $134.08 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/30/09

_____
John P. Gustafson
Trustee in Bankruptcy